**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eddie Thomas JACKSON, Defendant—
Appellant.**

**No. 04–7138.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 9, 2004.

Decided Sept. 16, 2004.

Eddie Thomas Jackson, Appellant pro se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Eddie Thomas Jackson appeals a district court order denying motions claiming the indictment was defective and seeking to have his conviction vacated. On direct appeal, this Court found Jackson's guilty plea was knowing and voluntary. *See United States v. Jackson,* 48 Fed.Appx. 902 (4th Cir.2002) (unpublished). We find the district court properly denied Jackson's motions. Accordingly, we affirm on the reasoning of the district court. *See United States v. Jackson,* No. CR–00–607 (D.S.C. June 22, 2004). We deny Jackson's motion to prohibit certain justices from hearing his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*